# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHALIN MERRIHEW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3301

[November 25, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432017CF000940A.

Carey Haughwout, Public Defender, and David John McPherrin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH JJ., and NUTT, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***